# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

          *v.*

*RONALD KOOPEE*

**CRIMINAL COMPLAINT**
**(Redacted)**

**CASE NUMBER:** 17 - N149MJ-001PCT-BPV

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**On or about December 3, 2016, in the District of Arizona, the defendant RONALD KOOPEE knowingly and willfully did transmit in interstate and foreign commerce communications to DD, and the communications contained a threat to injure DD. Specifically, KOOPEE threatened to kill DD, in violation of Title 18, United States Code, Section 875(c).**

### COUNT 2

**Between on or about December 3, 2016 and January 26, 2017, in the District of Arizona, the defendant RONALD KOOPEE with the intent to kill, injure, harass, and intimidate DD, used facilities of interstate and foreign commerce to engage in a course of conduct that caused and could reasonable have been expected to cause substantial emotional distress to DD and placed him in reasonable fear of death and serious bodily injury, in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

REVIEWED BY: <u>AUSA Camille Bibles</u>

<u>Richard A. Sutherland, Special Agent, FBI</u>
Complainant's Name and Title

<u>                      </u>
Complainant's Signature     6/7/16

<u>June 7, 2017</u>
Date

Flagstaff, Arizona
City and State

<u>Bernardo P. Velasco, U.S. Magistrate Judge</u>
Name & Title of Judicial Office

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### REDACTED AFFIDAVIT

I, **Special Agent Richard A. Sutherland**, being duly sworn, state the following:

1.      I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since May 25, 2009.   I have been assigned to the Flagstaff Resident Agency of the FBI since June 30, 2014.   I previously served as a sworn law enforcement officer for approximately thirteen years with the Onslow County Sheriff's Office in Jacksonville, NC. In this assignment, I was a criminal investigator and received extensive training in criminal investigations.   I have training and experience in the enforcement of the laws of the United States. I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.

2.      This affidavit is based on the investigation, observations, and/or experience of your affiant, as well as the investigations, observations, and/or experiences of the other law enforcement officers and/or witnesses including those described in this affidavit.     Due to the fact that this affidavit is being made to establish probable cause, your affiant has not listed each and every fact known regarding this investigation.

3.      This case involves violations of 18 U.S.C. § 2261A – Stalking, and 18 U.S.C. § 875(c) – Interstate Communications, Threats to Injure.   The Victim, REDACTED (DD) and the Subject, Ron Koopee (Ron) have Facebook accounts.   Ron has used Facebook to send threatening messages to DD.

4.     Facebook is a free social media application that allows users to register for the site/product, to create profiles, and then to use their profile to share photos, videos, messages, and other forms of communication.   Messages can be posted to a broad variety of followers and observers or they can be directed to a specific user.

5.     Facebook is available throughout the world in over thirty-seven languages. Facebook uses more than thirty thousand servers (computers), located throughout the world, to facilitate the storage of data and the sharing and transmission of data and messages.   Facebook uses redundant storage and transmission methods to facilitate the exchange of interstate and international communications.

6.     DD and Ron are both members of the Hopi Indian Tribe and they both reside on the Hopi Indian Reservation in the District of Arizona.   The Hopi Indian Tribe is a federally recognized Indian Tribe.

7.     Within the last twelve months, Ron has begun to believe that DD is capable of controlling his mind, his thoughts, his vocabulary, and functions of his body.   Ron believes that DD is using witching magic to control him and to take over his body.   Ron believes that DD follows him around physically, spies on him, and also spies on the thoughts in Ron's head.   Ron has voiced these beliefs to DD and to others throughout the past year.

8.     On December 3, 2016, a Facebook account in the name of "Ron Koopee" posted several messages to the Facebook account of "REDACTED"   There were four messages that were posted between 6:15pm and 6:25pm.   Those messages were: (1) "Full. DD. I'm coming for you u fuming wanna b witch I'm coming for u." (2) "You faking fuk head I'm coming home to kill you.   Witch me again n b proud ufuker." (3) "8 months of witching me u mother faker I'm coming for u." (4) "U fuming queer I'm coming for u try to take my life again."

2

9.      Screen shots of the above messages were captured and provided to law enforcement as part of this investigation.   On June 5, 2017, the FBI served preservation letters on Facebook in anticipation of seizing contents from those accounts via legal process.   On June 5, 2017, a Facebook account of Ron Koopee's continued to display a message relating to his threats of violence against DD.   That message, dated December 27, 2016, stated:   "Fukin DD u fuk."

10.      On December 13, 2016, DD reported to Hopi (BIA) Police that Ron had recently been sending him threatening text messages.

11.      On January 7, 2017, Hopi (BIA) Police were called to the residence of DD.   They were informed that Ron had come to the residence to fight DD and had threatened harm to him. Police officers located Ron in close proximity to the residence.   Ron admitted that he had gone to DD's residence to fight him and claimed it was because DD was witching Ron.

12.      Ron admitted to the officers that he was a methamphetamine user and that he had consumed meth the previous evening.   Officers searched Ron and located a meth smoking device in his clothing.   Ron was arrested for the threats against DD.

13.      On January 26, 2017, Ron went to the residence of DD and asked DD to step outside and to speak with him.   DD opened the door, but refused to go outside with Ron.   Ron pulled a sheathed knife out of his pants.   The sheath was pink in color and contained an approximately eight inch long paring knife.   DD slammed his door and Ron left the area.

14.      Hopi (BIA) Police were called to investigate this threat.   They interviewed DD and his wife and collected written statements about this incident.

15.      Police officers then went to the residence of Ron to interview him.   The officers observed that Ron smelled of alcohol and appeared to be under the influence of an intoxicating substance.

3

16.     Ron told the officers that a medicine lady told him that DD is still inside Ron's head and is still fucking with him.   Ron said that DD is always watching him and that Ron can't sleep. Ron said that he had gone to DD's residence earlier and admitted that he had threatened him because he just can't take this anymore.

17.     Ron admitted to officers that he had a knife in a pink case and told them where it was.   Officers photographed and collected the knife.

18.     Based on the foregoing, your affiant believes that there is probable to cause to believe that on or about December 3, 2016, in the District of Arizona, Ronald Koopee did send threatening communications in interstate commerce in violation of 18 U.S.C. § 875(c), and from that date to January 26, 2017, did engage in a course of conduct in violation of 18 U.S.C. § 2261A.

19.     Your affiant respectfully requests that this Court issue an arrest warrant for RONALD KOOPEE.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.**

Richard A. Sutherland
Special Agent, FBI

6/7/16
Date

SWORN AND SUBSCRIBED to before me this _____ day of June, 2017.

Bernardo P. Velasco
United States Magistrate Judge

4